Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Christopher G. Winter, OSB # 984355
Tel: (503) 525-2725
chris@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

*Attorneys for Central Oregon LandWatch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PENDLETON DIVISION

| | |
|---|---|
| **CENTRAL OREGON LANDWATCH**, an Oregon non-profit corporation;<br><br>      Plaintiff,<br><br>  v.<br><br>**SHANE JEFFRIES**, in his official capacity as Ochoco National Forest Supervisor; **JAMES M. PEÑA**, in his official capacity as Regional Forester for Region 6 of the United States Forest Service; and the **UNITED STATES FOREST SERVICE**, a federal agency of the United States Department of Agriculture,<br><br>      Defendants,<br><br>**OCHOCO TRAIL RIDERS**, **OREGON MOTORCYCLE RIDERS ASSOCIATION**; **PACIFIC NORTHWEST 4 WHEEL DRIVE ASSOCIATION**, **DESCHUTES COUNTY 4 WHEELERS**; and **THE BLUERIBBON COALITION**,<br><br>      Defendants-Intervenors. | Case No. 2:17-cv-01004-SU (Lead)<br>**Case No. 2:17-cv-01091 (Trailing)**<br>Case No. 2:17-cv-01366 (Trailing)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to LR 83-10(d), Plaintiff Central Oregon LandWatch hereby provides notice that Christopher G. Winter is withdrawing as counsel to be substituted by David H. Becker. Mr. Becker's contact information is below. Oliver J.H. Stiefel and Crag Law Center will remain as lead counsel for Plaintiffs.

>David H. Becker (OSB # 081507)
>Law Office of David H. Becker, LLC
>4110 SE Hawthorne Blvd. # 168
>Portland, OR 97214
>(503) 388-9160
>davebeckerlaw@gmail.com

DATED this 12th day of December, 2018.

>Respectfully submitted,
>
>*/s/ Oliver J.H. Stiefel*
>Oliver J.H. Stiefel
>CRAG LAW CENTER
>>Of Attorneys for Plaintiff LandWatch

NOTICE OF SUBSTITUTION OF COUNSEL—2
*LandWatch v. Forson, et al.*
Case No. 2:17-cv-01091

*Crag Law Center*
*917 SW Oak St. Suite 417*
*Portland, OR 97205*
*Tel. (503) 525-2722*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of December, 2018, a true and accurate copy of NOTICE OF SUBSTITUTION OF COUNSEL was filed electronically via the CM/ECF system by the United States District Court, District of Oregon.

    DATED this 12th day of December, 2018.

        /s/ Oliver J. H. Stiefel
        Oliver J. H. Stiefel
          Of Attorneys for Plaintiff LandWatch

NOTICE OF SUBSTITUTION OF COUNSEL—3
*LandWatch v. Forson, et al.*
Case No. 2:17-cv-01091

*Crag Law Center*
*917 SW Oak St. Suite 417*
*Portland, OR 97205*
*Tel. (503) 525-2722*