PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
TAYLOR FERRELL
SHAUN M. PETTIGREW
Natural Resources Section
BRIENA L. STRIPPOLI
Wildlife and Marine Resources Section
150 M Street NE
Washington, D.C. 20002
Phone: (202) 305-0874 (Ferrell)
(202) 305-3895 (Pettigrew)
(202) 305-0339 (Strippoli)
taylor.ferrell@usdoj.gov
shaun.pettigrew@usdoj.gov
briena.strippoli@usdoj.gov

Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION**

| | |
|---|---|
| CENTRAL OREGON LANDWATCH, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; GLENN CASAMASSA[1], in his official capacity as Regional Forester for Region 6; and UNITED STATES FOREST SERVICE,<br><br>Federal Defendants,<br><br>and<br><br>OCHOCO TRAIL RIDERS, OREGON MOTORCYLE RIDERS ASSOCIATION, PACIFIC NORTHWEST 4 WHEEL DRIVE ASSOCIATION, DESCHUTES COUNTY 4 WHEELERS, and THE BLUERIBBON COALTION,<br><br>Defendant-Intervenors | Case No. 2:17-cv-1004-SU (Lead Case)<br>***Case No. 2:17-cv-1091-SU (Trailing Case)***<br>Case No. 2:17-cv-1366-SU (Trailing Case)<br><br><br>**SECOND JOINT STATUS REPORT** |

---

[1] Substituted pursuant to FED R. CIV. P. 25(d) for James M. Peña.

On September 17, 2020, Plaintiff Central Oregon LandWatch and Federal Defendants jointly moved to stay the deadline to object to the Findings and Recommendations issued by Magistrate Judge Sullivan, ECF No. 162, addressing Plaintiff's Amended Motion for Attorney Fees, Costs, and Other Expenses, ECF No. 137. The Court granted the parties' joint motion on September 23, 2020, and ordered the parties to file a joint status report by November 2, 2020. ECF No. 167. In response, the parties filed a joint status report indicating that they had reached a proposed settlement, but that the settlement required approval by the relevant authorizing officials within the Departments of Agriculture and Justice. Progress has been made on the process for obtaining such approval, but it has not yet completed. If the parties have not filed a stipulated settlement agreement by January 14, 2020, they propose to file another joint status report providing an update on the status of the approval process on that date.

Respectfully submitted, this 11th day of December, 2020.

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

TAYLOR FERRELL
Natural Resources Section

*Joint Status Report* - 1

BRIENA L. STRIPPOLI
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street NE
Washington, D.C. 20002
(202) 305-0874 (Ferrell)
(202) 305-0339 (Strippoli)
taylor.ferrell@usdoj.gov
briena.strippoli@usdoj.gov

*Counsel for Federal Defendants*


*/s/ Oliver J.H. Stiefel*
Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*